## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Thomas Norris
vs.
City of Chicago et al

07CV6776
JUDGE GUZMAN
MAG. JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Norris
Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Martin M. Stack | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Stack | |
| FIRM | |
| Martin M Stack Law Ofc | |
| STREET ADDRESS | |
| 100 W. Monroe | |
| CITY/STATE/ZIP | |
| Chgo IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6200663 | 312 372-5695 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

FILED
DEC - 3 2007
12-3-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT