IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS NORRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6776 |
| | ) | |
| v. | ) | |
| | ) | **Judge Guzman** |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his place or stead, on the 31st day of January, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 25th day of January, 2008.

                                                MARA S. GEORGES
                                                CORPORATION COUNSEL
                                                CITY OF CHICAGO

                           BY:    **/s/ Ashley C. Kosztya**
                                                ASHLEY C. KOSZTYA
                                                Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

    I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 25th day of January, 2008.

                                                **/s/ Ashley C. Kosztya**
                                                ASHLEY C. KOSZTYA