IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | Magistrate Judge Ashman |
| JAN ARNOLD, in her official and individual | ) | |
| capacity; and the DEPARTMENT OF | ) | |
| AVIATION, | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

  The defendants, City of Chicago and Jan Arnold, by their attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully request that this court dismiss plaintiff Thomas Norris's complaint with prejudice in its entirety, and in support thereof submit the attached memorandum which is incorporated by reference.

                  Respectfully submitted,

                  MARA S. GEORGES
                  Corporation Counsel
                   of the City of Chicago

             BY: s/ Meera Werth
                 MEERA WERTH
                 ASHLEY KOSZTYA
                 Assistants Corporation Counsel
                 30 North LaSalle Street, Room 1020
Dated: March 10, 2008      Chicago, Illinois  60602
                 (312) 742-7035/744-6922