**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS NORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 07 C 6776** |
| | ) | |
| **vs.** | ) | **Judge Guzman** |
| | ) | |
| **CITY OF CHICAGO, et al.,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION AND OF FILING**

To:

   PLEASE TAKE NOTICE that on **Tuesday, March 18, 2008**, at 9:30**a.m.** or as soon thereafter as counsel may be heard, I will appear before the Judge Guzman in Room 1219, or before such other judge sitting in his place, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Defendants City of Chicago's and Jan Arnold's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support.**

   PLEASE TAKE FURTHER NOTICE that on **Monday, March 10, 2008** I caused to be filed a true and correct copy of the attached **Defendants City of Chicago's and Jan Arnold's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support.**

   DATED at Chicago, Illinois, this 10th day of March, 2008.

                              MARA S. GEORGES
                              Corporation Counsel of the City of Chicago

                        By:/s/ Meera Werth
                           MEERA WERTH