IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6776 |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his place or stead, on the 8th day of April, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 31st day of March, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO
>
> BY:   /s/ Ashley C. Kosztya
>         ASHLEY C. KOSZTYA
>         Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties able to receive said documents via the CM/ECF electronic filing system this 31st day of March, 2008, and by U.S. mail for the below parties unable to retrieve said documents via CM/EFC.

> **/s/ Ashley C. Kosztya**
> ASHLEY C. KOSZTYA

**SERVICE LIST**

**Counsel for Plaintiff**
Martin M. Stack
Law Office of Martin M. Stack
100 West Monroe
Chicago, Illinois 60603

(312) 372-5695