**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS NORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **07 C 6776** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Guzman** |
| **CITY OF CHICAGO,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his place or stead, on the 1st day of May, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 28th day of April, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:    **/s/ Meera Werth**
MEERA WERTH
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7035
Attorney No. 6187233

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 28th day of April, 2008.

**/s/ Meera Werth**
MEERA WERTH