## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Thomas Norris
                        Plaintiff,

v.                                        Case No.: 1:07–cv–06776
                                              Honorable Ronald A. Guzman

City of Chicago, et al.
                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

       MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Defendant City of Chicago for extension of time to file answer regarding amended complaint [21] or to otherwise plead [25] is granted to and including 5/16/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.