IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDEDCOMPLAINT**

The defendant, City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that this court dismiss plaintiff Thomas Norris's First Amended Complaint with prejudice in its entirety, and in support thereof submits the attached memorandum which is incorporated by reference.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
 of the City of Chicago

BY: s/ Meera Werth
MEERA WERTH
Assistant Corporation Counsel
JAY KERTEZ
Senior Counsel
30 North LaSalle Street, Room 1020
Dated: May 16, 2008        Chicago, Illinois  60602
(312) 742-7035/744-9212

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2008, I served a true and correct copy of the Defendant's Motion to Dismiss the Plaintiff's First Amended Complaint on the person named below.

                                                s/Meera Werth
                                                Meera Werth

Person served:

Martin M. Stack
100 West Monroe
Suite 1612
Chicago, Illinois 60603