IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION AND OF FILING

To:   Martin M. Stack
      100 West Monroe
      Suite 1612
      Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on **Thursday, May 22, 2008**, at **9:30a.m.** or as soon thereafter as counsel may be heard, I will appear before the Judge Guzman in Room 1219, or before such other judge sitting in his place, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, together with supporting documents.**

    PLEASE TAKE FURTHER NOTICE that on **Friday, May 16, 2008** I caused to be filed a true and correct copy of the attached **Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, together with supporting documents.**

    DATED at Chicago, Illinois, this 16th day of May 2008.

                                                MARA S. GEORGES
                                                Corporation Counsel of the City of Chicago

                                                By:/s/ Meera Werth
                                                    MEERA WERTH

**CERTIFICATE OF SERVICE**
_____

      I certify that on May 16, 2008, I served a true and correct copy of the Defendant's Notice of Motion to Dismiss the Plaintiff's First Amended Complaint on the person named below.

                                            <u>s/Meera Werth</u>
                                            Meera Werth

Person served:

Martin M. Stack
100 West Monroe
Suite 1612
Chicago, Illinois 60603