IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| THOMAS NORRIS,   ) | |
| ) | 07 C 6776 |
| Plaintiff,   ) | Judge Guzman |
| ) | Magistrate Judge Ashman |
| v.   ) | |
| ) | |
| CITY OF CHICAGO,   ) | |
| ) | |
| Defendant.   ) | |

**THE CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant City of Chicago ("City"), through its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, with the plaintiff's agreement, moves this court for an extension of time, from June 25, 2008, to July 21, 2008, to file the City's reply brief in support of motion to dismiss, and in support thereof submits the attached affidavit.

Respectfully submitted,

Dated: May 22, 2008

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

BY:   s:/ *Meera Werth*
Meera Werth
Assistant Corporation Counsel
30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
312-742-7035

STATE OF ILLINOIS   )
                    ) ss.
COUNTY OF COOK      )

## AFFIDAVIT

I, Meera Werth, being first duly sworn, state that I am the Assistant Corporation Counsel of the City of Chicago handling this lawsuit, and, as such, have knowledge of the following.

1. On May 16, 2008, the City of Chicago filed a motion to dismiss the plaintiff's first amended complaint.

2. On May 21, 2008, this court set the following briefing schedule on the City's motion to dismiss: plaintiff's response due by June 11, 2008; the City's reply due by June 25, 2008.

3. I will not be able to file the City's reply by June 25, 2008, for the following reasons:

    a. From June 14 through June 28, 2008, I will out of the country on a prepaid, preplanned, trip out of the country. I will be returning to the office on Monday, June 30, 2008.

    b. In addition, I will be out of the office for my daughter's high school graduation on June 12, 2008.

4. Because of the heavy caseload in our office, no other attorney in this division will have time to complete the brief in this case any earlier.

5. I have conferred with counsel for plaintiff and he has agreed to this request for extension of time.

6. For all these reasons, I respectfully request that the court grant an extension until July 21, 2008, to file the City's reply brief.

*Meera Werth*
Meera Werth

Signed and sworn to before me
this 22nd day of May, 2008.

*Bridget J Strubbe*
Notary Public

Official Seal
Bridget J Strubbe
Notary Public State of Illinois
My Commission Expires 02/23/2010

## CERTIFICATE OF SERVICE

I certify that I served the City of Chicago's Agreed Motion for an Extension of Time To File Reply Brief in Support of Motion to Dismiss via electronic mail on the person named below on May 22, 2008.

s/Meera Werth<br>
Meera Werth

Person served:

Martin M. Stack
100 West Monroe
Suite 1612
Chicago, Illinois 60603