IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND OF FILING

To:  Martin M. Stack
   100 West Monroe, Suite 1612
   Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on **Thursday, May 29, 2008**, at **9:30a.m.** or as soon thereafter as counsel may be heard, I will appear before Judge Guzman in Room 1219, or before such other judge sitting in his place, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Defendant City of Chicago's Agreed Motion For an Extension of Time to File Reply Brief in Support of Motion to Dismiss.**

   PLEASE TAKE FURTHER NOTICE that on **Thursday, May 22, 2008** I caused to be filed a true and correct copy of the attached **Defendant City of Chicago's Agreed Motion For an Extension of Time to File Reply Brief in Support of Motion to Dismiss.**

   DATED at Chicago, Illinois, this 22nd day of May, 2008.

            MARA S. GEORGES
            Corporation Counsel of the City of Chicago

            By: s/ Meera Werth
              MEERA WERTH

30 North LaSalle Street, Room 1020
Chicago, Illinois 60602
(312) 742-7035

## **CERTIFICATE OF SERVICE**

      I certify that I served the City of Chicago's Notice of Agreed Motion for an Extension of Time To File Reply Brief in Support of Its Motion to Dismiss via electronic mail on the person named below on May 22, 2008.

                                            s/Meera Werth
                                            Meera Werth

Person served:

Martin M. Stack
100 West Monroe
Suite 1612
Chicago, Illinois 60603