**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS NORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **07 C 6776** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Guzman** |
| **CITY OF CHICAGO,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| **Defendant.** | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO**
**TO WITHDRAW AN ATTORNEY OF RECORD**

_____Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City, respectfully requests this Court permit it to withdraw the appearance of Ashley C. Kosztya as one of the counsel of record for the City. In support of its motion, the City states:

1.      Undersigned counsel filed an appearance on behalf of the City in this matter on January 4, 2008.

2.      Recently undersigned counsel was transferred to the City's Federal Civil Litigation Division and has not retained her caseload of employment-related cases, of which this matter is one.

3.      The City seeks to withdraw the appearance of undersigned counsel as counsel of record for the City, and notes that two other counsel have their appearances on file on behalf of the City and are familiar with the status of litigation.

4.      This motion is not intended to cause any delay in the proceedings nor cause

prejudice to the plaintiff.

WHEREFORE, for the above-stated reasons, the City respectfully requests that this Court

grant its motion to withdraw Ashley C. Kosztya as counsel of record for the City in this matter.


Respectfully submitted,

MARA S. GEORGES
Corporation Counsel for the City of Chicago


By:     /s/ Ashley C. Kosztya
        Assistant Corporation Counsel


30 N. LaSalle St.
Suite 1020
Chicago, IL 60602
(312) 744-6922
Atty. No. 06274884