IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS NORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 07 C 6776 |
| | ) | |
| v. | ) | |
| | ) | **Judge Guzman** |
| **CITY OF CHICAGO,** | ) | |
| | ) | **Magistrate Judge Ashman** |
| **Defendant.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO WITHDRAW AN ATTORNEY OF RECORD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman, or before such other Judge sitting in his place or stead, on the 3rd day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 22nd day of May, 2008.

>MARA S. GEORGES
>CORPORATION COUNSEL
>CITY OF CHICAGO
>
>BY:   /s/ Ashley C. Kosztya
>       ASHLEY C. KOSZTYA
>       Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

## CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO WITHDRAW AN ATTORNEY OF RECORD** to be served electronically upon all represented parties able to receive said documents via the CM/ECF electronic filing system this 22nd day of May, 2008, and by U.S. mail for the below parties unable to retrieve said documents via CM/EFC.

>/s/ Ashley C. Kosztya
>ASHLEY C. KOSZTYA

**SERVICE LIST**

**Counsel for Plaintiff**
Martin M. Stack
Law Office of Martin M. Stack
100 West Monroe
Chicago, Illinois 60603

(312) 372-5695