UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thomas Norris
                    Plaintiff,
v.                                                  Case No.: 1:07−cv−06776
                                                    Honorable Ronald A. Guzman
City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant City of Chicago for extension of time to file reply as to brief in Support of Its Motion To Dismiss [29] [33] is granted to and including 7/21/08. Motion to withdraw as attorney Ashley Kosztya [35] is granted.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.