**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thomas Norris
                                      Plaintiff,

v.                                                                           Case No.: 1:07−cv−06776
                                                                          Honorable Ronald A. Guzman

City of Chicago, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff not in court. Status hearing held on 6/9/2008. Amended pleadings and joinder of parties due by 9/8/2008. All discovery ordered closed by 12/8/2008. Dispositive motions due by 1/15/2009. Status hearing set for 12/10/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.