UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| vs. | ) | |
| | ) | Judge Guzman |
| CITY OF CHICAGO, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Martin M. Stack
      100 W. Monroe Street
      Suite 1612
      Chicago, IL  60603

**PLEASE TAKE NOTICE** that on July 21, 2008, I caused to be filed a true and correct copy of the attached Reply Memorandum in Further Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

**DATED** at Chicago, Illinois, this 21st day of July 2008.

                              Respectfully submitted,

                              MARA S. GEORGES
                              Corporation Counsel of the
                              City of Chicago

                        By:   /s/ Jay M. Kertez
                              JAY M. KERTEZ
                              Senior Counsel

30 North LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9212