IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS NORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6776 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Martin M. Stack
      100 West Monroe
      Suite 1612
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on **Thursday, August 14**, at **9:30a.m.** or as soon thereafter as counsel may be heard, I will appear before Judge Guzman in Room 1219, or before such other judge sitting in his place, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Defendants City of Chicago's Motion to Withdraw Counsel.**

   DATED at Chicago, Illinois, this 4th day of August, 2008.

                                MARA S. GEORGES
                                  Corporation Counsel of the City of Chicago

                                By:/s/ Meera Werth
                                   MEERA WERTH