**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 07 C 06776 |

THOMAS NORRIS

v.

CITY OF CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

---

NAME (Type or print)
Déja C. Nave

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Déja C. Nave

FIRM   City of Chicago Department of Law

STREET ADDRESS   30 North LaSalle Street, Suite 1020

CITY/STATE/ZIP   Chicago, Illinois 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275583 | (312) 744-6951 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO **X**

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X**

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X**   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐